ROSE RUBIN, Respondent, *v.* B. F. KEITH CORPORATION, Appellant.

(Argued November 28, 1934; decided December 31, 1934.)

*Walter L. Glenney, Bertrand L. Pettigrew* and *Chauncey L. Grant* for appellant.

*Harry A. Gair* and *Nathan Hochroth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.